**Consuelo Cabrera BATACLAN;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–70669.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Jorge I. Rodriguez–Choi, Esq., San
Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel Department of
Homeland Security, San Francisco, CA,

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

452

John D. Williams, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Phillip M. Seligman, Washington, DC, for Respondent.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

## MEMORANDUM **

Consuelo Cabrera Bataclan and her two sons, natives and citizens of the Philippines, petition for review of the Board of Immigration Appeals' order summarily affirming an Immigration Judge's ("IJ") denial of their application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Substantial evidence supports the IJ's determination that Bataclan failed to demonstrate that she has an objective, well-founded fear of persecution on account of an enumerated ground. *See INS v. Elias–Zacarias,* 502 U.S. 478, 481–82, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Because Bataclan fails to establish eligibility for asylum, she necessarily fails to qualify for the higher standard under withholding of removal. *See Singh v. INS,* 134 F.3d 962, 971 (9th Cir.1998).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).